1  Cynthia L. Jackson, State Bar No. 92340
     cynthia.jackson@bakermckenzie.com
2  Teresa N. Burlison, State Bar No. 230854
     teresa.burlison@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   660 Hansen Way
4  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
5  Facsimile:  +1 650 856 9299

6  Attorneys for Counter-Plaintiff/Defendant
   GLOBAL TEL*LINK
7

FILED
CLERK, U.S. DISTRICT COURT
March 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION

| | |
|---|---|
| 11  BRENDA BELDEROL, an individual, | Case No.  CV13-05440-SJO (MANx) |
| 12          Plaintiff, | |
| 13     v. | |
| 14  GLOBAL TEL*LINK, and DOES 1 through 20, inclusive, | **STIPULATED INJUNCTION** |
| 15 | |
| 16          Defendants. | |
| 17  GLOBAL TEL*LINK, | |
| 18          Counter-Plaintiff/Defendant, | |
| 19     v. | |
| 20  BRENDA BELDEROL, an individual, | |
| 21          Counter-Defendant/Plaintiff. | |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CV13-05440-SJO (MANx)
STIPULATED INJUNCTION

# STIPULATED INJUNCTION

WHEREAS:

A. On June 13, 2013, Plaintiff Brenda Belderol ("Belderol") filed a complaint against Global Tel*Link Corporation ("GTL") and Does 1 through 20, inclusive, in the Superior Court for the State of California in and for the County of Ventura, alleging claims for breach of contract, quantum meruit, gender discrimination, retaliation, wrongful termination, and violation of California Labor Code §§203, 226 and 2751. GTL timely removed this action on July 26, 2013. On GTL's motion, the court subsequently dismissed Belderol's claim for violation of Labor Code §2751.

B. On August 30, 2013, GTL filed a counterclaim against Belderol for breach of contract, misappropriation of trade secrets, breach of fiduciary duty, breach of the duty of loyalty, and violation of California Business and Professions Code §17200, *et. seq*. In support of its counterclaim GTL alleged, among other things, that Belderol and her husband, Robert Wilson ("Wilson"), had established a separate business entity called Fidelis Professional Services a/k/a GSA Cabling Services ("Fidelis"). GTL's counterclaim sought, among other things, injunctive relief.

C. The parties have agreed to a settlement agreement and mutual release of claims and have, as a term of such agreement, agreed to the entry of this Stipulated Injunction by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Belderol, Wilson and Fidelis (collectively, the "California Parties"), and each of their agents, affiliates, employees, servants, assigns, and all those acting in concert or participation with them, SHALL, effective immediately,

    1. Be restrained and enjoined from:

        a. Disclosing or using for any purpose any of GTL's confidential,

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CV13-05440-SJO (MANx)
STIPULATED INJUNCTION

1  proprietary and/or trade secret information, including but not limited to the files listed
2  on the Link File Analysis report attached as Exhibit "A;" and

3      b.   Maintaining in their possession any confidential, proprietary and/or
4  trade secret information obtained from or belonging to GTL.

5      2.   Return to GTL all information, documents and files in their possession,
6  custody or control obtained from or belonging to GTL, including any copies and data
7  electronically-stored in any format whatsoever.

8      This injunction shall remain in effect until the second anniversary of the date it
9  is signed and entered into as an Order of the Court (the "Effective Date"), at which
10 point it shall expire. Expiration of this injunction two years after its Effective Date
11 will not cause the confidential, protected nature of GTL's confidential, proprietary
12 and/or trade secret information to expire at that time, nor will it entitle the California
13 Parties to use or disclose such information in contravention of applicable law or in
14 violation of any agreements between any one of them and GTL, including but not
15 limited to the Awareness and Acceptable Use Policy signed and entered into between
16 GTL and Belderol during Belderol's employment. Further, expiration of this
17 injunction will not impact GTL's continuing right and ability to protect its
18 confidential, proprietary and/or trade secret information to the fullest extent under
19 law, including but not limited to its right to file legal action against the California
20 Parties or any one of them for any alleged wrongful conduct occurring after the
21 second anniversary of the injunction's Effective Date.

22     This injunction does not apply to any information that is or becomes publicly
23 known, <u>provided</u> such information does not become publicly known by virtue of any
24 act by any of the California Parties.

25

26     IT IS SO STIPULATED AND AGREED:

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No CV13-05440-SJO (MANx)
STIPULATED INJUNCTION

| | | |
|---|---|---|
| 1 | Dated: February 7, 2014 | BAKER & McKENZIE LLP |
| 2 | | |
| 3 | | By: /s/ Cynthia L. Jackson |
| 4 | | Cynthia L. Jackson<br>Attorneys for Global Tel*Link Corp. |
| 5 | Dated: February 7, 2014 | POSNER & ROSEN LLP |
| 6 | | |
| 7 | | By: /s/ Michael Posner |
| 8 | | Michael Posner<br>Attorneys for Brenda Belderol, Robert Wilson, and Fidelis Professional |
| 9 | | Services a/k/a GSA Cabling Services |

**IT IS SO ORDERED:**

*S. James Otero*

Dated: March 7, 2014

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

4

Case No CV13-05440-SJO (MANx)
STIPULATED INJUNCTION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 7, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.2.1. Any other counsel of record will be served by U.S. mail or hand delivery.

By:   /s/ Teresa N. Burlison
        Teresa N. Burlison

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CV13-05440-SJO (MANx)
CERTIFICATE OF SERVICE